Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−10263−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Boddy
    228 Strawbridge Ave.
    Haddon Township, NJ 08108

Social Security No.:
    xxx−xx−2822

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        11/2/17
Time:        02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Carrie J. Boyle, Debtor's Attorney, period: 2/11/2016 to 8/28/2017,

COMMISSION OR FEES
Fees: $3767.50

EXPENSES
$102.48

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).


Dated: September 21, 2017
JAN:

                                                                    Jeanne Naughton
                                                                    Clerk

```
                                   United States Bankruptcy Court
                                        District of New Jersey
In re:                                                                  Case No. 16-10263-JNP
Michael Boddy                                                           Chapter 13
         Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Sep 21, 2017
                               Form ID: 137                 Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db             +Michael Boddy,    228 Strawbridge Ave.,   Haddon Township, NJ 08108-1809
cr             +SPECIALIZED LOAN SERVICING LLC,    PO Box 9013,   Addison, TX 75001-9013
cr             +Specialized Loan Servicing LLC as servicing agent,    P. O. Box 9013,   Addison, TX 75001-9013
515935022      +I C System Inc,    Po Box 64378,   Saint Paul, MN 55164-0378
515935024       Komfort & Kare Home Medical,    c/o Berman & Rabin, PA,    PO Box 24327-66283,
                 Overland Park, KS 66223
515935025      +Parker McCay, PA,    PO Box 5054,   Mount Laurel, NJ 08054-5054
515935026      +Specialized Loan Servicing,    PO Box 636005,   Littleton, CO 80163-6005
515935027      +Sprains, Strains & Fractures,    PO Box 168,   Haddonfield, NJ 08033-0278
516149143       State of New Jersey,    Division of Employer Accounts,    PO Box 379,   Trenton, NJ  08625-0379
515935028      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
515935029      +The Bank of NY Mellon (Tax Sale Cert),    c/o Parker McCay, P.A.,    9000 Midlantic Drive,
                 Suite 300,    Mount Laurel, NJ 08054-1539
516028387      +The Bank of New York Mellon, Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2017 23:06:49      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2017 23:06:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515935023      +E-mail/Text: cio.bncmail@irs.gov Sep 21 2017 23:06:28      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Specialized Loan Servicing,    PO Box 636005,   Littleton, CO 80163-6005
517061508*     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516372047*     +The Bank of New York Mellon, Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              Carrie J. Boyle    on behalf of Debtor Michael  Boddy cboyle@mpadlaw.com,
               cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
               tz@mpadlaw.com;r62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-25 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
                The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of
                the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@buckleymadole.com
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Sep 21, 2017
                              Form ID: 137               Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Melissa N. Licker    on behalf of Loss Mitigation    Specialized Loan Servicing
        NJ_ECF_Notices@buckleymadole.com

        TOTAL: 7