UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Carrie J. Boyle, Esq.
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
Phone 856-482-5544
Fax 856-482-5511
cboyle@mpadlaw.com

Order Filed on November 2, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Michael Boddy,

    Debtor.

Case No.: 16-10263

Chapter: 13

Judge: JNP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 2, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Carrie J. Boyle_____, the applicant, is allowed a fee of $ _____3,767.50_____ for services rendered and expenses in the amount of $_____102.48_____ for a total of $_____3,869.98_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-10263-JNP
Michael Boddy                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Nov 02, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2017.
db             +Michael Boddy,    228 Strawbridge Ave.,    Haddon Township, NJ 08108-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2017 at the address(es) listed below:
              Carrie J. Boyle    on behalf of Debtor Michael   Boddy cboyle@mpadlaw.com,
               cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
               tz@mpadlaw.com;r62202@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-25 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
               The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Loss Mitigation    Specialized Loan Servicing
               NJ_ECF_Notices@buckleymadole.com
                                                                                              TOTAL: 7