UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone 856-482-5544
Fax 856-482-5511
DanielR@McDowellLegal.com
Attorneys for Michael Boddy

Order Filed on April 9, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael Boddy

| | |
|---|---|
| Case No.: | 16-10263 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 9, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Michael Boddy_____ for the reduction of time for a hearing on  Motion to Motion to Approve Sale of 228 Strawbridge Avenue, Haddon Twp., NJ for Retention of Realtor, et al _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____5/1/2018_____ at  10:00 am  in the United States Bankruptcy Court, _____400 Cooper Street, Camden, NJ 08101_____, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 all parties listed on the attached certification of service.
_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☒ regular mail,   ☐ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

&boxtimes; must be filed with the Court and served on all parties in interest by electronic or overnight mail _____1_____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. &boxtimes; Court appearances are required to prosecute the motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3