UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone 856-482-5544
Fax 856-482-5511
DanielR@McDowellLegal.com
Attorneys for Michael Boddy

In Re:

Michael Boddy

Order Filed on April 9, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-10263

Chapter: 13

Judge: JNP

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 9, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Michael Boddy_____ for the reduction of time for a hearing on  Motion to Motion to Approve Sale of 228 Strawbridge Avenue, Haddon Twp., NJ for Retention of Realtor, et al _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____5/1/2018_____ at _10:00 am_ in the United States Bankruptcy Court, _____400 Cooper Street, Camden, NJ 08101_____, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: all parties listed on the attached certification of service. _____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail
   _____1_____ day(s) prior to the scheduled hearing; or

   ☐ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-10263-JNP
Michael Boddy                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 09, 2018
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.
db             +Michael Boddy,    228 Strawbridge Ave.,    Haddon Township, NJ 08108-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:
      Carrie J. Boyle    on behalf of Debtor Michael  Boddy cboyle@b-vlaw.com,
     cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
      Daniel L Reinganum    on behalf of Debtor Michael  Boddy DanR@McDowellLegal.com,
     kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;mfunk@mcdowelllegal.com
      Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
     NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
      Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Melissa N. Licker    on behalf of Loss Mitigation    Specialized Loan Servicing NJ_ECF_Notices@buckleymadole.com
      Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@buckleymadole.com
      Thomas G. Egner    on behalf of Debtor Michael  Boddy tegner@mcdowelllegal.com,
     kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com
                                                                                                              TOTAL: 9