UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                    Case No.: _____16-10263_____

  Michael Boddy                           Chapter: _____13_____

                                          Judge: _____JNP_____

---

### NOTICE OF PROPOSED PRIVATE SALE

_____Michael Boddy_____, _____Debtor(s)_____, in this case proposes to sell property of
the estate to the persons and on the terms described below. If you object to the sale, you must file a
written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed
below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, United States Bankruptcy Court<br>401 Market Street<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable _____Jerrod N Poslusny_____
on _____May 8, 2018_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom
no. __4C__, _____400 Cooper Street, Camden, NJ 08101_____. (Hearing date must be at least 28 days from
the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection
and the sale will be held as proposed.

| | |
|---|---|
| Description of property to be sold: | 228 Strawbridge Avenue, Haddon Township, New Jersey |

| | |
|---|---|
| Proposed Purchaser: | James Laurich and Courtney Cohen |

| | |
|---|---|
| Sale price: | $487,500 |

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at
closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Joseph Evangelisti, Realtor |
| Amount to be paid: | $29,250  (realtor) |
| Services rendered: | List, promote and assist in the sales process through closing of real estate transaction (realtor). |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:            Daniel L. Reinganum, Esquire, McDowell Law, PC

Address:         46 West Main Street, Maple Shade, NJ 08052

Telephone No.:   856-482-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Michael Boddy
        Debtor

Case No. 16-10263-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Apr 09, 2018
                           Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
```
db          +Michael Boddy,    228 Strawbridge Ave.,   Haddon Township, NJ 08108-1809
cr          +SPECIALIZED LOAN SERVICING LLC,    PO Box 9013,   Addison, TX 75001-9013
cr          +Specialized Loan Servicing LLC as servicing agent,   P. O. Box 9013,   Addison, TX 75001-9013
515935022   +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
515935024    Komfort & Kare Home Medical,   c/o Berman & Rabin, PA,   PO Box 24327-66283,
             Overland Park, KS 66223
515935025   +Parker McCay, PA,   PO Box 5054,   Mount Laurel, NJ 08054-5054
515935026   +Specialized Loan Servicing,   PO Box 636005,   Littleton, CO 80163-6005
515935027   +Sprains, Strains & Fractures,   PO Box 168,   Haddonfield, NJ 08033-0278
516149143    State of New Jersey,   Division of Employer Accounts,   PO Box 379,   Trenton, NJ  08625-0379
515935028   +State of New Jersey Division of Taxation,   Bankruptcy Section,   PO Box 245,
             Trenton, NJ 08695-0245
515935029   +The Bank of NY Mellon (Tax Sale Cert),   c/o Parker McCay, P.A.,   9000 Midlantic Drive,
             Suite 300,   Mount Laurel, NJ 08054-1539
516028387   +The Bank of New York Mellon, Trustee(See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2018 23:27:39    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2018 23:27:34    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515935023   +E-mail/Text: cio.bncmail@irs.gov Apr 09 2018 23:27:09    Internal Revenue Service,
             Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*         +Specialized Loan Servicing,   PO Box 636005,   Littleton, CO 80163-6005
517061508*  +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516372047*  +The Bank of New York Mellon, Trustee(See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2018 at the address(es) listed below:
```
              Carrie J. Boyle    on behalf of Debtor Michael  Boddy cboyle@b-vlaw.com,
              cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cge
              tz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
              Daniel L Reinganum    on behalf of Debtor Michael  Boddy DanR@McDowellLegal.com,
              kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.c
              om;mfunk@mcdowelllegal.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
              as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
              2006-25 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
              NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
              summarymail@standingtrustee.com
```

District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Apr 09, 2018
                             Form ID: pdf905             Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
           The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of
           the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@buckleymadole.com
          Melissa N. Licker    on behalf of Loss Mitigation    Specialized Loan Servicing
           NJ_ECF_Notices@buckleymadole.com
          Thomas G. Egner    on behalf of Debtor Michael  Boddy tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com
                                                                                        TOTAL: 9