**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Daniel L. Reinganum, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
DanielR@McDowellLegal.com

**Order Filed on May 9, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:  Michael Boddy,  Debtor. | Case No.: 16-10263-JNP |
| | Judge: Poslusny |
| | Chapter: 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER AUTHORIZING
RETENTION OF** Joseph Evangelisti

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 9, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re: Michael Boddy_____

Case No.: 16-10263-JNP_____

Applicant: Debtor_____

(check all that apply)  ☐ Trustee:  ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☒ Debtor:  ☐ Chap. 11   ☒ Chap. 13

☐ Official Committee of _____

Name of Professional: Joseph Evangelisti_____

Address of Professional: RE/MAX Connection - Haddonfield_____

75 N. Haddon Ave._____

Haddonfield, NJ 08033_____

_____

☐ Attorney for (check all that apply):

  ☐ Trustee  ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☐ Accountant for:

  ☐ Trustee  ☐ Debtor-in-Possession

  ☐ Official Committee of _____

☒ Other Professional:

  ☒ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

3

United States Bankruptcy Court
District of New Jersey

In re:
Michael Boddy
    Debtor

Case No. 16-10263-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 09, 2018
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
db          +Michael Boddy,    228 Strawbridge Ave.,    Haddon Township, NJ 08108-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
       Carrie J. Boyle    on behalf of Debtor Michael Boddy cboyle@b-vlaw.com,
        cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
       Daniel L Reinganum    on behalf of Debtor Michael Boddy DanR@McDowellLegal.com,
        kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;mfunk@mcdowelllegal.com
       Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
        NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
       Melissa N. Licker    on behalf of Loss Mitigation    Specialized Loan Servicing NJ_ECF_Notices@buckleymadole.com
       Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@buckleymadole.com
       Thomas G. Egner    on behalf of Debtor Michael Boddy tegner@mcdowelllegal.com,
        kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com
                                                                      TOTAL: 9