UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Daniel L. Reinganum, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
856-482-5544
DanielR@McDowellLegal.com

Order Filed on June 7, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael Boddy

| | |
|---|---|
| Case No.: | 16-10263-JNP |
| Hearing Date: | |
| Judge: | Poslusny |
| Chapter: | 13 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 7, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Joseph Evangelisti / RE-MAX Connection Haddonfield | $29,250.00 | $0.00 |

THIS ALLOWANCE IS CONTINGENT UPON THE CONSUMMATION OF THE SALE OF THE DEBTOR'S REAL PROPERTY

*rev.8/1/15*