UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on June 8, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Michael Boddy | Case No.: 16-10263 |
| | Hearing Date: |
| | Judge: Poslusny |
| | Chapter: 13 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 8, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____6/5/2018_____ and should be vacated for the reason stated below:

- ❏  Debtor has not yet been discharged
- ❏  Adversary Proceeding number _____ is pending
- ☑  Other: __Entered in Error_____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-10263-JNP
Michael Boddy                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Jun 08, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db             #+Michael Boddy,    228 Strawbridge Ave.,    Haddon Township, NJ 08108-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              Carrie J. Boyle    on behalf of Debtor Michael  Boddy cboyle@b-vlaw.com,
               cvitullo@b-vlaw.com;cjbecf@gmail.com;kgresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com;carrie.boyle@comcast.net
              Daniel L Reinganum    on behalf of Debtor Michael  Boddy DanR@McDowellLegal.com,
               kgresh@McDowellLegal.com;djamison@McDowellLegal.com;lwood@McDowellLegal.com;cgetz@McDowellLegal.com;mfunk@mcdowelllegal.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-25 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Melissa N. Licker    on behalf of Loss Mitigation    Specialized Loan Servicing
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for
               The Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of
               the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@buckleymadole.com
              Thomas G. Egner    on behalf of Debtor Michael  Boddy tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com
                                                                                             TOTAL: 9